**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory McGail GARDNER,**
**Defendant–Appellant.**

No. 05–7060.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 20, 2006.

Gregory McGail Gardner, Appellant Pro Se. Eugene Joseph Rossi, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory McGail Gardner appeals the district court's order denying relief on his motion for a credit against his sentence under 18 U.S.C. § 3585 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gardner*, No. 1:99–cr–00443–TSE (E.D.Va. May 25, 2006). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*